Jeffrey B. Maltzman, State Bar No. 131758
Edgar R. Nield, State Bar # 135018
Gabrielle De Stantis Nield, State Bar #110930
Rafaela P. Castells, CA Bar No. 290828
MALTZMAN & PARTNERS,, P.A.
681 Encinitas Blvd., Suite 315
Encinitas, CA 92024
Telephone: (760) 942-9880
Facsimile: (760) 942-9882
Jeffreym@maltzmanpartners.com
edn@maltzmanpartners.com
gabn@maltzmanpartners.com

Attorneys for PRINCESS CRUISE LINES, LTD.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| SUSAN DORETY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF MICHAEL DORETY,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>Defendants. | CASE NO.  2:20-CV-03507-RGK-SK<br><br>**DEFENDANT PRINCESS CRUISE LINES, LTD.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:  August 31, 2020<br>Time: 9:00 a.m.<br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br><br>Magistrate: Hon. Steve Kim<br>Filed:  04/15/2020 |
|---|---|

**TO:   PLAINTIFFS AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 31, 2020 at 9:00 p.m., before Judge R. Gary Klausner in Courtroom 850 of the United States District Court, Central District of California, located at 255 East Temple Street, Los Angeles, California, Defendant PRINCESS CRUISE LINES, LTD., will move this Court for an Order dismissing Plaintiffs' First Amended Complaint (ECF No. 32) for Failure

to State a Claim, pursuant to *Federal Rule of Civil Procedure* 12(b)(6). This motion is based on this Notice, the supporting Memorandum of Points and Authorities filed concurrently herewith, and the pleadings and records on file within the Court, and all arguments and authorities cited in Defendant's Memorandum of Law including; first, that Plaintiff Susan Dorety does not allege any individual personal injury damages, despite allegations as to her individual capacity within both the Negligence and Gross Negligence causes of action, thus failing to allege the elements of a Negligence (and Gross Negligence) claim; second, because regardless of whether the Death on the High Seas Act ("DOHSA") or California state law applies, Plaintiffs have failed to plead sufficient facts to establish Plaintiff Susan Dorety's standing as the appointed the personal representative or the successor in interest of the Estate of Michael Dorety and; third, that Plaintiffs' Complaint is an impermissible shotgun pleading that runs afoul of Rule 8's pleading requirement.

With regard to the claims brought on behalf of the Estate of Michael Dorety, the Amended Complaint acknowledges that the Estate has not yet appointed a personal representative. Since such an appointment is a prerequisite to bringing a claim on behalf of the Estate, Plaintiffs' Amended Complaint on behalf of the Estate should be dismissed without prejudice until such time as a personal representative of the Estate has been formally appointed and Plaintiffs' amend their complaint to establish proper standing for the Estate and its representative or the matter be stayed until such time.[1]

/ / /

/ / /

/ / /

---

[1] Opposing counsel has advised that Plaintiffs intend to request a stay, pending appointment of a personal representative by the Estate. Defendant has no objection to staying this matter to allow time for the Estate to appoint a personal representative.

**LOCAL RULE 7-3 CERTIFICATION**

This motion is made following multiple conferences of counsel pursuant to L.R. 7-3 to discuss Defendant's Motion to Dismiss which took place on June 10, 2020, July 2, 2020 and July 8, 2020.

DATED: July 9, 2020                    MALTZMAN & PARTNERS

By: *s/ Jeffrey B. Maltzman*
Jeffrey B. Maltzman
Edgar R. Nield
Gabrielle De Santis Nield
Rafaela P. Castells
*Attorneys for Defendant,*
*Princess Cruise Lines Ltd.*