# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-03507-RGK-SK | | Date | November 12, 2021 |
|---|---|---|---|---|
| Title | ***Susan Dorety v. Princess Cruise Lines Ltd.*** | | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**          **(IN CHAMBERS) Order Re Dismissal**

In its last order, the Court ordered the parties to show cause, in writing, why this case should not be dismissed because the Death on the High Seas Act ("DOHSA") preempts all of Plaintiff's claims. (Order re Evid. Hr'g, ECF No. 195.). Having read and considered the parties' responses, the Court **DISMISSES without prejudice to amend the complaint by December 3, 2021** and vacates the current trial date of November 16, 2021.

Because Plaintiff alleges only state law claims—a wrongful death claim and a survival action under California law—DOHSA preempts all of Plaintiff's claims. *See Offshore Logistics, Inc. v. Tallentire*, 477 U.S. 207, 232 (1986); *see also Dooley v. Korean Air Lines Co.*, 524 U.S. 116, 123–24 (1998). The Court therefore finds that Plaintiff fails to state a claim upon which relief can be granted and accordingly dismisses her complaint. *See* Fed. R. Civ. Proc. 12(b)(6), 12(h)(2); *see also Stewart v. U.S. Bancorp*, 297 F.3d 953, 959 (9th Cir. 2002) (affirming dismissal on preemption grounds and holding that the "district court was not required to rewrite Plaintiff's complaint"). However, the Court also grants Plaintiff leave to amend her pleading to assert her claims under DOHSA. Courts "should freely give leave when justice so requires." Fed. R. Civ. Proc. 15. Plaintiff has until December 3, 2021 to file an amended complaint.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | jre | |